1
2
3
4
5

6                          UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                        * * * * *

9    JOHN R. PIERSON,                    )
                                         )
10                   Plaintiff,          )      3:06-cv-00378-LRH (VPC)
                                         )
11   v.                                  )
                                         )      O R D E R
12   GEORGE W. BUSH, et al.,             )
                                         )
13                   Defendants.         )
                                         )
14

15          The Court has considered the Report and Recommendation of United States Magistrate

16   Judge Valerie P. Cooke (#5) entered on October 24, 2007, in which the Magistrate Judge recommends

17   that Plaintiff's Complaint (#1) be dismissed without prejudice for failure to amend his complaint. The

18   Court has considered the pleadings and other relevant matters of record and has made a review and

19   determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and

20   good cause appearing, the court hereby

21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#5); therefore, Plaintiff's Complaint (#1) is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 13th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE